No. 9919. STATE OF MONTANA, on the Relation of LEONARD SENECHAL, RELATOR, *v.* CITY OF MISSOULA et al., RESPONDENTS.

323 Pac. (2d) 610.

Decided March 25, 1958.

594

*Dalton Pierson*, Missoula, for petitioner.
Per Curiam.
The application for the writ herein is denied and the proceeding ordered dismissed without prejudice.